UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 06409
    SYLVIA LUCILLE MORRIS
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-5924

--------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 06/02/2006 and was confirmed 07/24/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 09/26/2006.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SOUTH DIVISION C U | CURRENT MORTG | .00 | .00 | .00 |
| CAPITAL ONE BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| CBUSASEARS | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITIBANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| CRED PROTECTION ASSOCIAT | NOTICE ONLY | NOT FILED | .00 | .00 |
| EVANS FUR | NOTICE ONLY | NOT FILED | .00 | .00 |
| SAM'S CLUB | NOTICE ONLY | NOT FILED | .00 | .00 |
| GMAC | NOTICE ONLY | NOT FILED | .00 | .00 |
| HSBC/BEST BUY | UNSEC W/INTER | NOT FILED | .00 | .00 |
| HSBC NV | UNSEC W/INTER | NOT FILED | .00 | .00 |
| PALISADES COLLECTION LLC | UNSEC W/INTER | 610.00 | .00 | .00 |
| KOHLS DEPT ST | NOTICE ONLY | NOT FILED | .00 | .00 |
| LANE BRYANT | NOTICE ONLY | NOT FILED | .00 | .00 |
| NGBL CARSONS | NOTICE ONLY | NOT FILED | .00 | .00 |
| PALISADE COLLECTION | UNSEC W/INTER | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSEC W/INTER | 142.89 | .00 | .00 |
| CITIBANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| VERIZON WIRELESS | UNSEC W/INTER | NOT FILED | .00 | .00 |
| WEST ASSET MANAGEMENT | NOTICE ONLY | NOT FILED | .00 | .00 |
| WFFNNB/ LANE BRYANT | NOTICE ONLY | NOT FILED | .00 | .00 |
| VICTORIAS SECRET | NOTICE ONLY | NOT FILED | .00 | .00 |
| SOUTH DIVISION C U | MORTGAGE ARRE | 32000.00 | .00 | 1015.35 |
| MIDWEST VERIZON WIRELESS | UNSEC W/INTER | 949.33 | .00 | .00 |
| LVNV FUNDING LLC | UNSEC W/INTER | 12471.55 | .00 | .00 |
| STEVEN A LEAHY | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 34.65 |
| DEBTOR REFUND | REFUND | | | 1,050.00 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 06409 SYLVIA LUCILLE MORRIS

```
TRUSTEE                             2,100.00

PRIORITY                                                    .00
SECURED                                                1,015.35
UNSECURED                                                   .00
ADMINISTRATIVE                                             .00
TRUSTEE COMPENSATION                                     34.65
DEBTOR REFUND                                         1,050.00
                          ---------------      ---------------
TOTALS                         2,100.00             2,100.00
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 10/25/07                   /s/ Tom Vaughn
                                  _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE